UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20178-CR-ALTONAGA/GOODMAN

**UNITED STATES OF AMERICA**,

v.

**ROBERT SHAPIRO,
DANE ROSEMAN, and
IVAN ACEVEDO,**

     Defendants.
_____/

### DEFENDANT ROBERT SHAPIRO'S REQUEST
### TO EXCUSE ATTENDANCE AT CALENDAR CALL

Defendant, Robert Shapiro, through undersigned counsel, respectfully requests that the Court excuse his attendance at the June 3, 2019 Calendar Call, and in support states:

Pursuant to this Court's Order Setting Trial Date [DE 22], a calendar call will be held on Monday June 3, 2019 at 9:00 a.m. (the "Calendar Call") at 400 North Miami Avenue, Courtroom 12-2, Miami, Florida (the "Courthouse").  Mr. Shapiro is currently being housed at the Federal Detention Center in Miami, Florida ("FDC Miami").

Transportation from FDC Miami to the Courthouse is a time consuming and arduous process.  This process takes hours to complete and takes a physical toll on Mr. Shapiro.  Mr. Shapiro has appeared before this Court and undersigned counsel is capable of representing Mr. Shapiro's interests at the Calendar Call without Mr. Shapiro being present.

Moreover, the extensive transportation process inhibits Mr. Shapiro's availability for meetings with undersigned counsel, often for the entire day.  The transportation process is not

1

only an inconvenience and encumbrance on his legal representation, but also a waste of government resources.

Accordingly, in the interest of fairness and preserving resources, Mr. Shapiro requests that this Court excuse him from attending the Calendar Call set for June 3, 2019.

### Local Rule 88.9 Certification

The undersigned certifies that he has conferred with opposing counsel for the government in a good faith effort to resolve the issues raised in the motion and has been unable to do so.  The government defers to the Court's decision.

Dated: May 31, 2019                                      Respectfully submitted:

                                                     */s/ Ryan O'Quinn*
                                                     Ryan D. O'Quinn (FBN: 513857)
                                                     DLA PIPER LLP (US)
                                                     200 S. Biscayne Blvd., Suite 2500
                                                     Miami, Florida 33131
                                                     Telephone:  305.423.8500
                                                     Facsimile:  305.437.8131
                                                     ryan.oquinn@dlapiper.com

                                                     *Attorney for the Defendant Robert H. Shapiro*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                     */s/ Ryan O'Quinn*
                                                     Ryan D. O'Quinn