= TITLE = /= CASE =

MY MONEY INVESTMENT WITH, WOOD
BRIDGE INVESTMENT GROUP.

ME John SPEGLER HAS MADE AN INVESTMENT
WITH WOODBRIDGE GROUP AND ENDED UP
WITHIN 6 MONTHS OF THE INVESTMENT GO
BANKRUPT. WAS THIS A SET UP. WOODBRIDGE
HAS A VIP DINNER ABOUT INVESTING
MONEY WITH THEM THEN GO BANKRUPT 6mo OR
SO LATER. I HAVE TO MANY HEALTH ISSUES
AND SHOULD BEEN DENYIED OF THIS MONEY
INVESTMENT RISK. I HAD LOST ABOUT
75% OF MY SAVINGS I'M STILL SICK OVER
THIS AND MY FAMILY & FRIENDS DON'T LOOK
AT ME ANYMORE. EVERY MINUT, HOUR OF
THE DAY THIS HAUNTS ME. I HAD TRUSTED
THE MAN WHO SIGNED ME UP AL KLAGER
MY 401K 65,000 AND 100,000 FROM SAVINGS ACC
TOTAL 165,000 I'M VERY DEPRESSED NOW
WHO'S FALT IS THIS NOW NOT MINE, IS
THIS LEGAL FOR WOODBRIDGE
NOTE.
I'M A CANCER SURVIVOR & DIABETIC & ON
DISABILITY

**GOVERNMENT
EXHIBIT
1
19-20178-CR-CMA**

JOHN E. SPEGLER JR # ▮▮▮▮▮▮▮ PHONE
▮▮▮▮▮▮▮ GMAIL.COM (EMAIL ADDRESS)