September 17, 2019

Subject: Woodbridge Investment

To Whom It May Concern:

First off this is so much very hard subject for me to express. My life has been turned upside down since I have found out that my life's savings have been stolen. I was promised that this was a guaranteed and not to worry investment by all parties involved when signing up. I try not to think about it on a daily basis as I just spiral down hill with emotions. I have so much anger at all parties that were involved that they can literally scam people of any age. Shame on them! That's mild for what I'm thinking because I definitely don't want to become that bitter person.

Second I just hope that all involved in losing their money from Woodbridge will get it back or at least most of their money. Seniors on a limited income should not have had to go through this experience.

I will end now because I just can't continue but I hope you understand how I'm feeling right now.

Kathy Furman

GOVERNMENT EXHIBIT
2
19-20178-CR-CMA