Honorable Judge Cecilia Altonaga
Southern District of Florida
United States District Court

Re:  sentencing of Robert Shapiro

September 29, 2019

Dear Judge Altonaga,

I have been a member of the Florida Bar since 1978.  I was an Assistant State Attorney in Broward County for five years as well as an adjunct Law Professor for three years at the Shepard School of Law at Nova Southeastern University.

I was thinking about retirement since I was sixty-two and about to turn sixty-three in January, 2017 so my wife, Nancy and I had been putting together some retirement plans for when I did retire.  She had retired a few years before from the Broward County Public School System as a teacher of Special Needs Children for thirty-six years.  She receives a minimal pension as she was a part time employee for many years.

Both Nancy and myself took an investment class at FAU to learn more about retirement and investing.  The person teaching that course was Ferne Kornfeld.  She seemed very knowledgeable.  Eventually she introduced us to her husband, Barry and they became our investment brokers since as it turned out our broker who we used for years had retired.

We found out later that they too were part of the Ponzi Scheme but, that is another story.

GOVERNMENT EXHIBIT
4
19-20178-CR-CMA

We purchased our first Woodbridge investment around December, 2014.  Our total Woodbridge investment was $330,000.

We were told and given literature stating that the investment was very safe especially for people our age and that we could expect somewhere between a five to ten percent return on our money.  We were also informed that we would have a first lien on the properties which meant further security for us.  In fact, we would not have invested if we did not have a lien on the properties.

The Kornfelds informed us that both they and their relatives were heavily invested as well.

The Kornfelds gave us the name and phone number of a California contact who we were told would give us as much time as we needed to answer any questions we had before we decided to invest.  It appeared to be a safe investment and the return on our money was not exorbitant.

Sometime around March, 2016 I was diagnosed with myelofibrosis.  On October 4, 2016 I had a stem cell transplant at Moffitt Cancer Center in Tampa, Florida.  I had to give up the practice of law (Family Law) and I retired due to my compromised immune system and decreased physical stamina.

I presently receive photophoresis treatments (ECP) every Thursday and Friday (four hours each day) for my condition at Memorial West in Pembroke Pines, Florida.

In addition to my wife's pension and my Social Security Disability (which I started receiving in January, 2017) we began using the monthly Woodbridge dividends for our living expenses.  Needless to say, the loss

of the $330,000 principal as well as the approximate $1,600.00 monthly dividends (which ended in November, 2017) has been devastating.

The civil case against Woodbridge and Robert Shapiro was settled and the creditors such as Nancy and myself were supposed to receive 60% of our investment over three years starting December, 2018 with 10% of our investment. We received nothing until March, 2019 and that amount was approximately $14,000.00. We have received nothing since.

Shapiro, on the other hand lived like a king by buying numerous mansions, exotic cars, paintings by the Masters and bottles of wine worth thousands of dollars each.

I saved my whole life so that I could retire comfortably. I then got sick and when I really needed the money that my wife and I invested it was gone. I don't have a pension. This money in fact was my de facto pension.

This was a Ponzi Scheme and looking back it was obvious there was never any intention to secure the investment by a lien on the property. This was out and out fraud.

Mr. Shapiro did not care what happened to his investors and we should not care what happens to him.

My wife and I would ask that you sentence Mr. Shapiro to the maximum sentence allowed by the law with an enhancement.

If allowed by law his sentence should be followed by probation with a special condition of restitution since victims will never receive anything near what they were supposed to receive in the civil lawsuit. Even if they did by some miracle, he still stole 40% of everyone's investment.

I will be sixty-six years old in January, 2020 and Nancy will be sixty-six years old in May.  There is no way at this stage of life that we could ever earn the money that Mr. Shapiro stole from us.

Thank you for taking the time to read this letter.  I would like to attend the sentencing but my physical condition will not allow for it.

Sincerely,
*Andrew D. Washor*