

Robert Shapiro and Insider Related Activity

Note: Out of Net expense of $57 million, $15 million related to Operating/Marketing, $4 million to professional/legal services, and $2 million related to tax for a total of $21 million