

# Art Auction Related Expense

Lenders/Investors
Approx. 8,000

~$1.3 Billion
8/2012 - 11/2017

**Woodbridge Mortgage Investment Fund, LLC**
**1,2,3,3A,4**

**Woodbridge Commercial Bridge Loan Fund**
**1/2**

Comerica #0647/3483/2992/7897/2703/8333/1498

$642 Million
1/2016 - 12/2017

**Woodbridge Group of Companies, LLC**
**Sole Authorized Signer: Robert Shapiro**

Comerica #8192/8200

$476 Million
7/2012 - 2/2016

**Woodbridge Structured Funding, LLC**
**Sole Authorized Signer: Robert Shapiro**

Comerica #7690/2482/9062

$1,729,089
7/2012 - 11/2017

**Jeri Shapiro Personal Account**
**Sole Authorized Signer: Jeri Shapiro**

JP Morgan #0665

~$29 Million
7/2012 - 11/2017

**Credit Card**
**Sole Authorized Signer: Jeri Shapiro**

JP Morgan

Citi Card

Check #1145
11/19/2014
$267,000

Check #3024
6/2/2015
$267,000

$100,000
11/17/2014
5/28/2015

**Christie's Art Examples:**

# CHRISTIE'S

Mrs Jeri Shapiro
14225 Ventura Blvd
Suite 100
Sherman Oaks California
91423 USA

Buying & Consignment History

Report Date: 17-Jun-2019
Report Period: 01-Jan-2010 to 17-Jun-2019
Department: All Departments

## 2015 — Bought (Account 2272574 — Mrs Jeri Shapiro)

| Image | Saleroom | Sale No. | Sale Title | Sale Date | Lot No. | Artist & Title | Hammer | Premium |
|---|---|---|---|---|---|---|---|---|
|  | New York | 3738 | IMPRESSIONIST & MODERN DAY SALE INCLUDING PROPERTY FROM THE JOHN C. WHITEHEAD COLLECTION | 15-May-2015 | 1205 | Marc Chagall (1887-1985) Le clown flûtiste au coq | $260,000 | $57,000 |
|  | London, South Kensington | 10393 |  Impressionist/Modern | 06-Feb-2015 | 0262 | Pablo Picasso (1881-1973) Picador (A.R. 162) | £2,400 | £600 |

## 2014 — Bought (Account 2272574 — Mrs Jeri Shapiro)

| Image | Saleroom | Sale No. | Sale Title | Sale Date | Lot No. | Artist & Title | Hammer | Premium |
|---|---|---|---|---|---|---|---|---|
|  | New York | 2890 | IMPRESSIONIST & MODERN DAY SALE | 06-Nov-2014 | 0454 | Alberto Giacometti (1901-1966) Femme (Nu debout IV) | $260,000 | $57,000 |

Generated by: Meghan Reilly    Report Date: 17-Jun-2019    Strictly Confidential. Please destroy after use.    Page 2 of 4

CHR_SHA_000002

27-Oct-17  27Oct17-1174

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Oct17-1174**
Sequence number 003580195973  Posting date 19-Nov-14 Amount 267000.00

JERI L. SHAPIRO
14225 VENTURA BLVD, STE. 100
SHERMAN OAKS, CA 91423-2758

1145
90-7182/3222 43311

DATE 11/17/2014

PAY TO THE ORDER OF  Christie's Auction   $267000.00

Two Hundred Sixty Seven Thousand   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 2172574

Jeri Shapiro

⑆322271627⑆  885300655⑈ 1145

FDO Christies 957107978

Christies Bank Acct.

18-Jan-18                                                                                                                    18Jan18-739



**CHASE**
P.O. BOX 15123
WILMINGTON, DE
19850-5123

Get updates on the go
Log on to chase.com/alerts

5466576002040348000692000692729900000000 9

| | |
|---|---|
| Payment Due Date: | 12/15/14 |
| New Balance: | $69,272.99 |
| Minimum Payment: | $692.00 |

Account number: 5466 5760 0204 0348

$_____ Amount Enclosed
Make your check payable to: Chase Card Services

60498 BEX 2 32214 C
JERI SHAPIRO
14225 VENTURA BLVD STE 100
SHERMAN OAKS CA 91423-2758

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

5000 1602 8   48 26 00 2040 3487

**MileagePlus UNITED**

Manage your account online:
www.chase.com/united

Customer Service:
1-888-795-0578

Mobile: Visit chase.com
on your mobile browser

## ACCOUNT SUMMARY

Account Number: 5466 5760 0204 0348

| | |
|---|---|
| Previous Balance | $46,645.75 |
| Payment, Credits | -$447,951.00 |
| Purchases | +$470,578.24 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $69,272.99 |
| Opening/Closing Date | 10/19/14 - 11/18/14 |
| Credit Limit | $100,000 |
| Available Credit | $30,727 |
| Cash Access Line | $20,000 |
| Available for Cash | $20,000 |
| Past Due Amount | $0.00 |
| Balance over the Credit Limit | $0.00 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $69,272.99 |
| Payment Due Date | 12/15/14 |
| Minimum Payment Due | $692.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 39 years | $145,479 |
| $2,344 | 3 years | $84,401 (Savings=$61,078) |

If you would like information about credit counseling services, call 1-866-797-2885.

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + Miles earned on all purchases | 468,628 |
| + Additional miles earned on United purchases | 126 |
| + Additional miles earned on hotel purchases | 25,340 |
| + Additional miles at car rental agencies | 3,025 |
| Total miles transferred to United | 497,119 |

Log onto united.com for more information about your MileagePlus account and program benefits or to book travel.

Thank you for using your United MileagePlus Presidential Plus Card. Use your card for all purchases to earn MileagePlus Award Miles that can be redeemed for travel on United Airlines. You'll earn 1 mile per $1 spent on all purchases, and an additional mile on purchases made directly with United. You'll also earn an additional mile on hotel accommodations - when purchased directly with the hotel, and on purchases at car rental agencies.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 10/21 | Payment Thank You - Web | -15,000.00 |
| 10/22 | Payment Thank You - Web | -16,000.00 |
| 10/23 | Payment Thank You - Web | -15,000.00 |
| 10/25 | Payment Thank You - Web | -25,000.00 |
| 10/27 | Payment Thank You - Web | -20,000.00 |
| 10/28 | Payment Thank You - Web | -25,000.00 |
| 10/27 | USPS.COM CLICK66100611 WASHINGTON DC | -5.05 |
| 10/29 | Payment Thank You - Web | -25,000.00 |
| 10/29 | MARRIOTT 337C5 HARBOR FT LAUDERDALE FL | -27.75 |
| 10/30 | LA TIMES MEDIA GROUP 08665362720 TX | -602.50 |
| 10/30 | LA TIMES MEDIA GROUP 08665362720 TX | -1,300.00 |
| 10/31 | Payment Thank You - Web | -20,000.00 |

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 11/17 | PATH INTERACTIVE, INC NEW YORK NY | 500.00 |
| 11/17 | STAPLES DIRECT 800-3333330 MA | 34.59 |
| 11/17 | PATH INTERACTIVE, INC NEW YORK NY | 2,000.00 |
| 11/17 | USPS.COM CLICK66100611 WASHINGTON DC | 30.30 |
| 11/17 | CDW DIRECT LLC 800-750-4239 IL | 294.92 |
| 11/17 | LOWES #01905* GLENWOOD SPRI CO | 500.00 |
| 11/17 | DTV*DIRECTV SERVICE 800-347-3288 CA | 273.70 |
| 11/17 | WEB*NETWORKSOLUTIONS 888-642-9675 FL | 151.96 |
| 11/17 | CHRISTIE'S NY AUCTION 02126362691 NY | 50,000.00 |
| 11/17 | PATH INTERACTIVE, INC NEW YORK NY | 175.00 |
| 11/17 | EXPERIAN *FREECREDR 877-4816825 CA | 19.99 |
| 11/17 | MSFT *MICROSOFTSTORE 877-696-7786 WA | 439.98 |
| 11/17 | PATH INTERACTIVE, INC NEW YORK NY | 350.00 |

### 2014 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2014 | $375.00 |
| Total interest charged in 2014 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

### INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 13.24% (v) | -0- | -0- |

(v) = Variable Rate

31 Days in Billing Period

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

27-Oct-17                                                                                                   27Oct17-1174

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Oct17-1174
Sequence number 005770389153  Posting date 02-Jun-15  Amount 267000.00

**JERI L. SHAPIRO**
14225 VENTURA BLVD, STE. 100
SHERMAN OAKS, CA 91423-2758

90-7162/3222  43311                     3024

DATE 5/27/2015

PAY TO THE ORDER OF  Christie's Auction                          $267,000.00

Two hundred Sixty Seven Thousand                                 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO DB15009321                          Jeri Shapiro

⑆322271627⑆  885300665⑊ 3024

FDO Christies 957107978

18-Jan-18                                                                                                                                  18Jan18-739



CHASE  
P.O. BOX 15123  
WILMINGTON, DE  
19850-5123  

5466576002040348000117000117691800000008

Payment Due Date: 07/15/15  
New Balance: $11,769.18  
Minimum Payment: $117.00  

Account number: 5466 5760 0204 0348  

$ _____ Amount Enclosed  
Make your check payable to: Chase Card Services  

32468 BEX 9 16915 C  
JERI SHAPIRO  
14225 VENTURA BLVD STE 100  
SHERMAN OAKS CA 91423-2758  

CARDMEMBER SERVICE  
PO BOX 94014  
PALATINE IL 60094-4014  

5000 1602B 48 2600 2040 3487

## MileagePlus UNITED

Manage your account online: www.chase.com/united  
Customer Service: 1-888-795-0576  
Mobile: Visit chase.com on your mobile browser  

### ACCOUNT SUMMARY

Account Number: 5466 5760 0204 0348

| | |
|---|---:|
| Previous Balance | $27,254.94 |
| Payment, Credits | -$532,194.53 |
| Purchases | +$516,708.77 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $11,769.18 |
| Opening/Closing Date | 05/19/15 - 06/18/15 |
| Credit Limit | $100,000 |
| Available Credit | $88,230 |
| Cash Access Line | $20,000 |
| Available for Cash | $20,000 |
| Past Due Amount | $0.00 |
| Balance over the Credit Limit | $0.00 |

### PAYMENT INFORMATION

| | |
|---|---:|
| New Balance | $11,769.18 |
| Payment Due Date | 07/15/15 |
| Minimum Payment Due | $117.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 25 years | $24,148 |
| $398 | 3 years | $14,340 (Savings=$9,808) |

If you would like information about credit counseling services, call 1-866-797-2885.

### UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---:|
| + Miles earned on all purchases | 508,622 |
| + Additional miles earned on United purchases | 218 |
| + Additional miles earned on hotel purchases | 3,338 |
| + Additional miles at car rental agencies | 3,316 |
| Total miles transferred to United | 515,494 |

Log onto united.com for more information about your MileagePlus account and program benefits or to book travel.

Thank you for using your United MileagePlus Presidential Plus Card. Use your card for all purchases to earn MileagePlus Award Miles that can be redeemed for travel on United Airlines. You'll earn 1 mile per $1 spent on all purchases, and an additional mile on purchases made directly with United. You'll also earn an additional mile on hotel accommodations - when purchased directly with the hotel, and on purchases at car rental agencies.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---:|
| **PAYMENTS AND OTHER CREDITS** | | |
| 05/17 | TOPPING ROSE HOUSE HOT NEW YORK NY | -6,000.00 |
| 05/19 | Payment Thank You - Web | -27,254.94 |
| 05/21 | Payment Thank You - Web | -35,247.56 |
| 05/22 | Payment Thank You - Web | -71,606.72 |
| 05/26 | Payment Thank You - Web | -27,254.94 |
| 05/27 | Payment Thank You - Web | -72,730.46 |
| 05/28 | USPS.COM CLICK66100611 WASHINGTON DC | -18.11 |
| 05/30 | Payment Thank You - Web | -25,000.00 |
| 06/01 | Payment Thank You - Web | -27,254.94 |
| 06/02 | Payment Thank You - Web | -27,254.94 |
| 06/03 | Payment Thank You - Web | -27,254.94 |
| 06/04 | Payment Thank You - Web | -26,049.40 |
| 06/05 | Payment Thank You - Web | -19,348.61 |

18-Jan-18                                                                                                                       18Jan18-739

**MileagePlus UNITED**

Manage your account online: www.chase.com/united
Customer Service: 1-888-795-0576
Mobile: Visit chase.com on your mobile browser

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 05/26 | CIS INFORMATION SERVIC 8002757722 NJ | 10.14 |
| 05/27 | DELAWARE CORP AND TAX 3027393077 DE | 300.00 |
| 05/27 | DELAWARE CORP AND TAX 3027393077 DE | 300.00 |
| 05/27 | GOOGLE *ADWS3390252057 CC@GOOGLE.COM CA | 500.00 |
| 05/27 | TLF MAMARONECK FLOWERS 914-6982585 NY | 167.50 |
| 05/27 | USPS.COM CLICK66100611 WASHINGTON DC | 5.05 |
| 05/27 | GOOGLE *ADWS1718475084 CC@GOOGLE.COM CA | 500.00 |
| 05/27 | GOOGLE *ADWS1718475084 CC@GOOGLE.COM CA | 500.00 |
| 05/27 | NOAH'S-ONLINE CATERING 03035688000 CO | 52.48 |
| 05/27 | STAPLES DIRECT 800-3333330 MA | 80.64 |
| 05/27 | GOOGLE *ADWS8117851712 CC@GOOGLE.COM CA | 500.00 |
| 05/26 | RUSH CUBE 8554459051 GA | 588.00 |
| 05/27 | IN *ROCKY MOUNTAIN LIM 970-5446483 CO | 610.00 |
| 05/26 | UNITED  01624509553763 800-932-2732 TX | 11.20 |
|  | 062815 1 CS   EWR   DEN |  |
|  | 2 CS   DEN   ASE |  |
|  | 3 CS   ASE   DEN |  |
|  | 4 CS   DEN   EWR |  |
| 05/26 | CIS INFORMATION SERVIC 8002757722 NJ | 10.14 |
| 05/27 | GOOGLE *ADWS3269853306 CC@GOOGLE.COM CA | 500.00 |
| 05/28 | WEB*NETWORKSOLUTIONS 888-642-9675 FL | 39.99 |
| 05/28 | GOOGLE *ADWS3390252057 CC@GOOGLE.COM CA | 500.00 |
| 05/27 | VIR AMER  98406131344065 SAN FRANCISCO CA | 30.00 |
|  | 052715 1 4   SFO   SFO |  |
| 05/28 | SQ *LAX MARIA'S LIMO Inglewood CA | 105.00 |
| 05/28 | GOOGLE *ADWS3269853306 CC@GOOGLE.COM CA | 500.00 |
| 05/28 | CRAIN COMM CLASSIFIEDS DETROIT MI | 201.45 |
| 05/28 | OFFICE DEPOT #4 BOCA RATON FL | 49.00 |
| 05/28 | HOST45.COM,INC. RAMONA CA | 5.00 |
| 05/27 | CIS INFORMATION SERVIC 8002757722 NJ | 10.14 |
| 05/28 | **CHRISTIE'S NY AUCTION 02126362691 NY** | **50,000.00** |
| 05/28 | SQ *LAX MARIA'S LIMO Inglewood CA | 85.00 |
| 05/28 | SOUTHEASTERN PRINTING 07722872141 FL | 7,147.54 |
| 05/27 | VIR AMER  98406131344080 SAN FRANCISCO CA | 30.00 |
|  | 052715 1 4   SFO   SFO |  |
| 05/27 | JETBLUE  27906179252022 08005382583 UT | 155.00 |
|  | 052715 1 Y   XAA   XAA |  |
| 05/28 | USPS.COM CLICK66100611 WASHINGTON DC | 5.05 |
| 05/28 | STAPLES DIRECT 800-3333330 MA | 88.20 |
| 05/28 | USPS.COM CLICK66100611 WASHINGTON DC | 30.30 |
| 05/28 | GOOGLE *ADWS8117851712 CC@GOOGLE.COM CA | 500.00 |
| 05/28 | MARCO RUBIO FOR PRESID CORAL GABLES FL | 5,400.00 |
| 05/28 | SEWER LINE CHECK PROFE BURBANK CA | 490.00 |
| 05/29 | CA FRANCHISE TAX BOARD 800-4874567 CA | 15,000.00 |
| 05/28 | UNITED  01629251768594 800-932-2732 TX | 75.00 |
|  | 072515 1 ED   LAX   LAX |  |
| 05/29 | PP*W5 Internet / my Vi IRVINE CA | 100.00 |
| 05/29 | GOOGLE *ADWS3390252057 CC@GOOGLE.COM CA | 500.00 |
| 05/28 | UNITED  01629251768605 800-932-2732 TX | 75.00 |
|  | 072515 1 ED   LAX   LAX |  |
| 05/29 | OPC CA FRANCHISE TAX B 800-4874567 AL | 345.00 |
| 05/28 | UNITED  01624512505733 800-932-2732 TX | 5.60 |
|  | 072815 1 CS   LAX   ASE |  |
|  | 2 CS   ASE   LAX |  |
| 05/28 | CIS INFORMATION SERVIC 8002757722 NJ | 10.14 |
| 05/29 | GOOGLE *ADWS1718475084 CC@GOOGLE.COM CA | 500.00 |
| 05/28 | UNITED  01624512505840 800-932-2732 TX | 5.60 |
|  | 072815 1 CS   LAX   ASE |  |
|  | 2 CS   ASE   LAX |  |
| 05/28 | CIS INFORMATION SERVIC 8002757722 NJ | 10.14 |
| 05/29 | USPS.COM CLICK66100611 WASHINGTON DC | 65.65 |
| 05/28 | CIS INFORMATION SERVIC 8002757722 NJ | 10.14 |
| 05/29 | USPS.COM CLICK66100611 WASHINGTON DC | 75.75 |
| 05/29 | USPS.COM CLICK66100611 WASHINGTON DC | 15.15 |
| 05/29 | GOOGLE *ADWS8117851712 CC@GOOGLE.COM CA | 500.00 |
| 05/29 | GOOGLE *ADWS3269853306 CC@GOOGLE.COM CA | 500.00 |