# Woodbridge Group of Companies, *et al.*
## Summary of Cash Activity for the Period July 2012 to December 2017
### (Dollars in Millions)

|  | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Totals |
|---|---|---|---|---|---|---|---|
| Net Principal from Investors | $1 | $37 | $121 | $210 | $359 | $267 | $995 |
| Net Investments by Woodbridge | ($4) | ($31) | ($86) | ($151) | ($261) | ($140) | ($673) |
| Distributions to Investors | ($0) | ($1) | ($7) | ($20) | ($41) | ($54) | ($123) |
| Mortgage Lending Income | $0 | $4 | $4 | $6 | $3 | $1 | $18 |
| Operations | ($10) | ($25) | ($25) | ($32) | ($44) | ($48) | ($184) |
| Net Insider Transactions | ($1) | ($3) | ($3) | ($7) | ($11) | ($7) | ($32) |
| Net Intercompany Transactions | $3 | ($1) | ($8) | ($17) | ($3) | ($11) | ($37) |
| Net Structured Settlement Activity | $12 | $15 | $7 | $3 | $0 | $0 | $37 |
| Other Lender Net Activity | $1 | $2 | ($2) | $3 | ($3) | ($4) | ($3) |
| Totals | $2 | ($3) | $1 | ($5) | ($1) | $4 | ($2) |

## Woodbridge Group of Companies, LLC, *et al.*



